# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Noble Christo El, AA 222 141 A-1
Moorish National Republic Federal Government
(cont'd on seperate sheet at "Plaintiff(s)".

**COMPLAINT**

(Enter above the full name of the plaintiff in this action)

V.

The UNITED STATES, federal corporation
28 USC 3002(15)(A); The STATE of
NEW JERSEY, an incorporating state
(cont'd on seperate sheet at "Defendant".

(Enter the full name of the defendant of defendants in this action)

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

OCT 2 6 2022

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS; READ CAREFULLY

1.     This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.     In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.     You must provide the full name of each defendant or defendants and where they can be found.

4.     You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.     Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an administrative fee of    $52.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.     If you cannot prepay the $402.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.     If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

_✓_    42 U.S.C. §1983 (applies to state prisoners)

____    Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:
More space is needed, see seperate sheet attached at "Jurisdiction"

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

✓ Other: (please explain) Involuntarily-committed patient under "Economic Duress" via fraud in the inducement.

2.    Previously Dismissed Federal Civil Actions or Appeals    N/A

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s):_____

_____

b.    Court and docket number:_____

c.    Grounds for dismissal: ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit:_____

e.    Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement?_____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Noble Christo El

Address: 30L Spring Garden Road, Rm #111-B, Ancora NJ 08037

Inmate#: Not Applicable (Hospitalized Patient)
Living Trust Estate No. 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

b.    First defendant:

Name: "John / Jane Doe"

Official position: Chief of Police

Place of employment: 17 N. First St., Pleasantville NJ 08232

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

More Space is needed, see seperate
sheet attached at " First Defendant"

c.    Second defendant:

Name: David Kelsey

Official position: Warden / keeper of the Jail

Place of employment: 5060 Atlantic Ave, Mays Landing NJ 08330

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

More Space is needed, see seperate
sheet attached at "Second Defendant"

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant. More Space is needed, see
seperate sheets attached at "Additional Defendants"

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    ___Yes     ✓ No

    If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

    _____
    _____
    _____
    _____

    If your answer is "No," briefly explain why administrative remedies were not exhausted.

    No remedies exist on state level due to lack
    of jurisdiction and want of jurisdiction over
    the subject matter and person of the defendant on
    behalf of the state; conflicts of state and federal
    law; Plaintiff state has no valid claim upon which
6.  Statement of Claims    relief can be granted

    (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

    More Space is needed, see seperate
    sheets attached at "statement of claims"

    On April 03, 2022,               , by way of and
    through the agents and officers of the Pleasantville
    Police Department Agency did violate my right to be
    let alone by performing an unlawful high-risk motor

vehicle stop and further aiming loaded firearms/deadly weapons at my face, head, and body with the intent to kill me as means to forcefully remove me from the vehicle. These agents/officers were at all times relevant clothed in some official uniforms and acting under color of state law while subjecting me to the deprivation of rights secured by Constitutional-Treaty law of these united states of America and Morocco. "This case is about the most comprehensive of rights and the right most valued by civilized men, namely, the right to be let alone." 478 U.S. at 199 (Quoting Olmstead v. United States, 277 U.S. 438, 478, 48 S. Ct. 564, 72 L.Ed. 944 (1928)) These agents/officers were acting on an "anonymous tip" from a 911 call taken at 12:37 p.m. and dispatched at 12:41 p.m. wherein the caller reports seeing "a man" allegedly brandishing "a gun" get into a "black chevy impala". The caller gave absolutely "no description" of the man, nor of the alleged gun, and did not give a "license plate number" of the vehicle. However, based on the information given, these agents/officers pulled over the "black chevy impala" that I had literally just got in. "Information from a private citizen may come in the form of an anonymous tip, However, an anonymous tip, without more, will not rise to probable cause." (Quoting 5 Crim. Law Advocacy §82.06; U.S. v Wright, 215 F.3d 1020, 1025 (9th Cir. 2000); Florida v. J.L., 529 U.S. 266, 120 S. Ct. 1375, 146 L.Ed. 2d 254 (2000)) It should be duly noted at this point that GPS location history attached to the black chevy impala places the vehicle and its driver in another location at the time of the alleged 911 call making it an "impossibility" for the car, driver, or passenger to be the subjects connected to the 911 call. Furthermore the 911 call itself does not allege or establish a report of a crime... (cont'd on attached sheet)

7. **Relief**

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Enjoin the State Action and compel the State to honor the Constitution for these united states. Do away with the state's unconstitutional statutes and order my release from confinement to restore me to the free enjoyment of my private life, liberty, property and pursuit of happiness.

Enter declaratory judgment against the state declaring NJSA 2C:39-5(B)(1) unconstitutional by way of NJSA 2C:58-4(c) inter alia; Enter judgment as a matter of law against the state. Enter a money judgment against the Plaintiff state for Civil Rights violations, actual damages, punitive damages, and general / Special damages in favor of the Claimant's Estate in the amount of $198,000.⁰⁰ USD (One hundred ninety-eight thousand dollars and zero cents), plus any other award for damages that the court or common-law jury may find appropriate.

8. Do you request a jury or non-jury trial? (Check only one)

(X) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16ᵗʰ day of October, 2022

/S/: Noble Christo EL, AA 222 141 A-1

By: Noble Christo EL, General Executor / Chief Admin.

for: JONES, CHRISTOPHER N., Estate

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

(The full name of the plaintiff continued...)

... a non-juridical, non-fictional, living and Natural Person, aboriginal Moorish American Class A-1 Citizenship No. AA 222141 in the Library of Congress, Public Record Recording No. MNAFG-N000001634 Moorish American Consulate, in propria persona sui-juris, as Executor of; the Living Trust Estate JONES, CHRISTOPHER NATHAN Federal Exemption Identification and Committee on Uniform Securities Identification Process Number(s) 13-8724820, File date 02/09/1981, File no. 8122660(in/with New Jersey State Registrar-Bureau of Health and Vital Statistics and Social Securities Administration)

V.

(The full name of the defendant continued...)

... The Atlantic County Freeholders/Board of the Commissioners, a department agency in/of/for the incorporating State of New Jersey; The Atlantic County Sheriff Office, a department agency in/of/for the incorporating State of New Jersey; The Atlantic County Justice Facility, a department agency in/of/for the incorporating State of New Jersey; The Atlantic County Superior Court-Vicinage 1, a department agency for/in/of the incorporating State of New Jersey; The Pleasantville Police Department, a department agency in/of/for the in-

Seperate sheet attached 1 of 47

( The full name of the defendants continued ... )

... Corporating State of New Jersey; State of New Jersey Bureau of Health and Vital Statistics, a department agency in/of/for the incorporating State of New Jersey; The Atlantic City Regional Medical Center in the City of Atlantic City, a department agency in/of/for the incorporating State of New Jersey; Mr. Joseph Robinette Biden, Jr., by way of and through his predecessor in interest Mr. Ronald Reagan, in his individual and official capacity d/b/a Chief Executive Officer President Joseph R. Biden, Jr. of/for the United States Federal corporation; ▆▆. ▆▆▆▆ ▆▆▆▆ ▆▆▆ Mr. Merrick B. Garland, or his successor, by way of and through his predecessor in interest, Mr. William French Smith, in his individual and official capacity d/b/a United States Attorney General Merrick B. Garland, or his successor, of/for the United States federal corporation; Janet Yellen, by way of and through her predecessor in interest Mr. Donald T. Reagan, in his or her individual and official capacity d/b/a United States Secretary of the Treasury Janet Yellen; Mr. Phil Murphy, by way of and through his predecessor in interest Mr. Thomas Kean, in his individual and official capacity d/b/a New Jersey State Governor Phil Murphy of/for the incorporating State of New Jersey; Mr. William

Seperate sheet attached   2 of 47

( The full name of the defendant continued...)

...Todd-Mitchell in his individual and official ca-
pacity d/b/a Honorable William Todd-Miller Admini-
strative Law Judge for the Superior Court Office of
Administrative Law Vicinage 1 of/for the incorporating
State of New Jersey; Mr. Joseph E. Krakora, by way of
and through the agent for his agency Mr. Omar
Aguillar, d/b/a Public Defender Joseph E. Krakora, Esq.
for the Public Defenders Office of Atlantic County of/
for the incorporating State of New Jersey; Carey
Shill in his or her individual and official capacity
d/b/a Acting County Prosecutor Carey Shill, Esq.
for the Prosecutors Office of Atlantic County of/for
the incorporating State of New Jersey; "John/Jane
Doe" in his or her individual and official capacity d/b/a
Chief "John/Jane Doe" Chief of Police for the
Pleasantville Police Department in the City of Pleasant-
ville of/for the incorporating State of New Jersey;
"John/Jane Doe" in his or her individual and official
capacity d/b/a Chief Deputy Sheriff "John/Jane Doe"
for the Atlantic County Sheriff Office in the County
of Atlantic of/for the incorporating State of New
Jersey; "John/Jane Doe" by way of and through
his or her predecessor in interest "John/Jane Doe"
in his or her individual and official capacity d/b/a
Chairman of the Board "John/Jane Doe" for the

Seperate sheet attached  3 of 47

(The full name of the defendant continued...)

... Board of County Commissioners in the County of Atlantic of/for the incorporating State of New Jersey; "John/Jane Doe" by way of and through his or her predecessor in interest "John/Jane Doe" in his or her individual and official capacity doing business as Director "John/Jane Doe" of the Bureau of Health and Vital Statistics in the City of Trenton of/for the incorporating State of New Jersey; "John/Jane Doe" by way of and through his or her predecessor in interest "John/Jane Doe" in his or her individual and official capacity d/b/a Administrator "John/Jane Doe" of the Department of Health and Vital Statistics for the City of Atlantic City of/for the incorporating State of New Jersey; Mr. David Kelsey in his individual and official capacity d/b/a Warden David Kelsey, keeper of the jail for the Atlantic County Justice Facility and Board of the Atlantic County Commissioners of/for the incorporating State of New Jersey; and all other unnamed "John/Jane Doe" parties by way of and through his or her predecessor in interest or his or her successor in his or her individual and official capacity d/b/a ABC Corporation/XYZ Partnership "John/Jane Doe" of the Agency, Department, Office or otherwise in/of/for the incorporating State of New Jersey, et al.

Seperate Sheet attached 4 of 47

1a. "Jurisdiction": Jurisdiction is further asserted under Article Six (6), Clause Two (2), of the Constitution for the United States of America; and Article Twenty (20) of the Treaty of Peace and Friendship between His Imperial Majesty the Emperor of Morocco and the United States of America, Treaty Series 244-1 and 2, as in line with 8 Stat. 100 and 9 Bevans 1286 (See PUBLIC STATUTES AT LARGE OF THE UNITED STATES, VOLUME 8, PAGES 100 THROUGH 104 AND PAGES 484 THROUGH 487.

( Statement of Claims Continued... )

6. The agents/officers did subject me to cruel and unusual treatment by aiming multiple loaded firearms, including a 12 Guage Shotgun pointed directly at my face from 2 to 3 feet away, at my face, head and body with the intent to kill me, when I had not committed any crime whatsoever. Again, it has been proven to the lower court that the black chevy impala is not the vehicle subject of the alleged 911 call by way of its "built in" GPS location tracker (emphasis added) which places it and its driver in a completely different location at the time of the alleged 911 call, making it an "impossibility" of a factual nature for this black chevy impala to be the subject of any such 911 call. This is truth! Impuris manibus nemo accedat curiam. These known facts held and further withheld in the minds and the records of the complainant and pro-secuting parties that follow place said complainant and prosecuting parties in an untenable position of being in violation of the Clean Hands Doctrine with their persistent attempts to criminally prosecute this instant matter, 27 Am J 2d Eq. § 126, 127; 28 Am J Rev ed Inj § 33, or to admit their violations of the 4th,

(Statement of Claims Continued...)

6. the 8th, the 9th and the 14th of the Amendments to the U.S. Constitution and dismiss the action. The further fact of the matter is that agents/officers of the Pleasantville Police Department placed this Petitioner in the untenable position of having to decide whether to submit to an unreasonable and unwarranted search and seizure, or, should I refuse, to suffer the penalty of being shot and killed, at worse, or shot and severely injured at best. Were it not for their loaded firearms pointed at my face, head and body, I would not have complied with their demands to exit the automobile, nor would I have submitted to their warrant less search. I, this Petitioner, was at all times relevant to this matter, a living and autonomous non-juridical, non-fictional, individual, natural person, being and/or operating freely without the State of New Jersey, without the United States, and without commerce, as in line with the Bill of Rights to the U.S. Const., as well as the liberty and privacy interests implicit in the Due Process Clause and the penumbra of constitutional rights. This Petitioner was not, at any time relevant, a corporation. (288 U.S. 517 at HN3)

(Statement of Claims Continued...)

6. After forcefully removing me from the automobile at gun point in violation of the Eighth of the Amendments to the United States Constitution, these same officers/agents did, without probable cause, warrant, nor special/exigent circumstances, search my person, clothing and articles in violation of the Fourth of the Amendments to the United States Constitution, and further seize my personal properties which were situated on, in, near, and/or about my person, clothing and articles in violation of the Fourth of the Amendments to the United States Constitution. Immediately following said search and seizure in violation of the 4th Amend, U.S. Const., these officers/agents did subject me to a search and seizure of my physical body by placing their hands upon me in a sweeping motion and feeling around my neck, chest, back, stomach, arms, waist, genital area, legs, and feet/ankles, and further placing me under false arrest by placing metal restraints called handcuffs around my wrists and locking my hands together behind my back before placing me inside of the rear compartment of a marked (uniform) patrol unit against my will, without warrant, and in absence of sufficient probable cause, further violating

Page 8 of 47

(statement of claims continued...)

6. the 4th and 8th of the Amends. to the U.S. Const.. "A false arrest claim requires an arrest made 'without probable cause.'" (564 F.3d 830) "Probable cause to justify an arrest arises when facts and circumstances within the officer's knowledge... are sufficient to warrant a prudent person, or one of reasonable caution, in believing, in the circumstances shown, that the suspect has committed, is committing, or is about to commit an offense." (443 U.S. 31, 37, 61 L.Ed. 2d 343, 99 S.Ct. 2627(1979)); "Probable cause requires more than bare suspicion." (137 F.3d 765, 769, (4th Cir. 1998)). The agents/officers here had no facts to conclude that the anonymous caller actually did see a gun, or that the black chevy impala they pulled over was the chevy impala observed by the caller, or that any of the men inside the chevy impala that they pulled over was the man the caller alleges to have seen "brandishing" a handgun, furthermore, the caller does not report witnessing a crime, so officers/agents had no facts to support a reason to believe that anyone had committed, was in the act of committing, or was about to commit a crime, as the 911 caller does not report that the man

Page 9 of 47

(Statement of claims Continued...)

6. allegedly brandished a gun at, near, around or about any one, any thing/person, or the caller his or her self. For these reasons the high-risk motor vehicle stop was illegal/unlawful(as no motor vehicle violations had been committed), in violation of the 4th Amendment; the act of forcing the men inside the automobile to exit at gun-point was use of excessive force in violation of the 8th Amendment; the detaining of the men at gunpoint was illegal/unlawful in violation of the 4th, 8th, and 14th Amendments; the search and seizure of the persons and the properties of the men was illegal/unlawful in violation of the 4th and 14th Amendments; and the subsequent arrest of the men was illegal/unlawful in violation of the 4th and 14th Amendments.

After the motor vehicle stop, search, seizure, detention, and arrest of this Petitioner, the acting officers/agents were informed of the Petitioner's Natural Person de jure status of which was perfected

Page 10 of 47

(Statement of Claims Continued...)

6. well in advance of the inception of the State's suit/
alleged claim in the instant matter. I, Petitioner,
am an Aboriginal Moorish American / Indigenous
Member of the Native American Peoples Class
A-1 Nationality / Citizenship Number AA 222 141
as recorded in the Library of Congress (United
States Dept. of Justice) and Moorish American
Consulate (Recording No. MNAFG-N000001634) (see
attached "renewed" Allodial American National
Identification card (copy) of Noble Christo El under
Seal). Officers/agents, proceeding to take me to
another location against my will, transported me to
a building wherein I was handcuffed to a metal
bench for approximately 3 to 4 hours during which
time I was not informed of any criminal accusations
alleged to have been committed by me or presented
with any valid criminal complaints that were
filed by any State or Federal citizen man or
woman with the Officers/agents or their
department. Were it not for the armed men
and women in uniforms and metal restraints

Page 11 of 47

(Statement of Claims Continued...)

6. confining me, I would have gathered my belongings/properties and walked out of their building to the enjoyment of my life and liberty, my private business in the pursuit of happiness, and my ability to defend the same pursuant to my unalienable rights, rights of which I was, at that time, and continue to be, at present time, deprived of under color of state law in violation of the <u>Public Statutes at Large of the United States</u>, Vol. 8, <u>Pages 100 through 104 and Pages 484 through 487 of Treaty Series 244 1 and 2</u> (8 Stat. 100 and 9 Bevans 1286), as in line with <u>Article VI of the United States Constitution</u>, the <u>Civil Rights Act of 1871</u>, and <u>42 U.S.C.S. § 1983.</u>

After this event of confinement, officers/agents again transported me to another building and/or department agency against my free will, presenting my body to the officers/agents of this seperate agency as if it were an offering or delivery of some sort, or perhaps a commercial business transaction. The officers/agents asked me to verbally identify myself and I kindly informed them of my <u>foreign nationality</u>, <u>foreign political status</u>, my <u>allodial appellation</u>, and my <u>Moorish National Republic Federal Government</u> Identification Numbers. These officer/agents ("receivers")

6. instructed the officers/agents of the Pleasantville Police Department agency ("Shippers") to wait, or hold me in abeyance, at the threshold of the "Receiver's" building while said "Receivers" went to retrieve some special officers/agents of the agency of competent authority. The "Receivers" returned moments later with special officers/agents identified as Captain Matlock and Lieutenant Robinson of the "Receiver's" agency from the Custody/Operations and Internal Affairs Departments. Upon contact with and inquiry of these special "Receivers" I kindly reiterated my identity, national and political status, and was thereafter placed in the confinement of a "holding cell unit" per orders of these special "Receivers" where I remained for 4 to 5 consecutive days. While inside of this holding cell, which is also designated as a "dry cell", I was subjected to cruel and unusual treatment by way of <u>deliberate indifference</u> and gross negligence in violation of the 4th, 8th and 14th of the Amendments to the U.S. Constitution. I was held inside of the dry cell in full metal restraints around my wrists/hands, waist/torso, and ankles/feet for 24 hours of each day from the moment I was taken into this building on 04/03/2022 until the day I submitted to this torture on 04/08/2022. I was denied a phone call, a shower, and adequate

Page 13 of 47

(Statement of Document Continued)

6. Medical attention by all officers/agents and medical staff on all shifts and further forced to sleep on a floor while in the restraints and further denied the right to have one hand freed from the waist restraint in order to wipe my anus hole after moving my bowels. I am being tortured, tormented and discriminated against because of my race and national origin. On the final day of this treatment, I was told that the only way the torture would stop was if I gave in to a set of demands which required me to make and/or accept a contractual obligation of which, under normal circumstances not involving torture, torment, threat, duress and coercion, I am not obligated to make and/or accept. The demanded acts required me to submit to having my picture taken, submit to having my fingerprints taken, and submit to having my signature taken by the "Receivers" and recorded into a system which makes it appear that I knowingly and voluntarily offered these acts and satisfied the performance of agreement to making and/or accepting a contractual obligation which serves to depose my national status, political status, and allodial appellation, de jure. Actus me invito factus, non est meus actus. An act done by me against

Page 14 of 47

6. My will is not my act. As a result of torture, torment, threat, duress and coercion, I have been "forced to appear" as if my national status, political status, and identity were of some domesticated, de facto nature, as a juridical person created by law and recognized as a legally given fictitious name with a distinguishing mark and unique personal identifier setting it apart from all other things known as/by the pseudonym CHRISTOPHER NATHAN JONES, which is a non-living thing existing as a New Jersey debtor corporation having been organized under the laws of the state of New Jersey and further evidenced by its Birth Certificate file date of 02/09/1981 and its Certificate file number 8122660 and its F.E.I.N./T.I.N. 13-8724820 ("collectively" its articles of incorporation). In all of reality, and as a matter of fact, it, CHRISTOPHER NATHAN JONES the person uniquely identified above, is not who or what I am, nor was it created when, where, why, and how I was created. The act of physically forcing me to undertake its "labor" and "serve" out its purpose against my own free will

6. is a gross violation of the 13th of the Amendments to the U.S. Constitution, amongst others, as well as Fraud and deceptive practices (Moore v Strickling, 46 W. Va. 515, 33 SE 274) and/or deceptive business practices of fraud upon a court, fraud in the inducement, and defrauding a Creditor, further in violation of the Truth in Lending Act (15 USC §1601, et seq), and Treasury Regulations §20.2036-1 (26 USCS §2036, et seq). All persons, parties, officers/agents in connection and/or association with this entire matter were, from the outset of the event and occurrence leading up to the filing of this 42 USC 1983 claim, completely informed and aware of the true living identity, nationality, and political status, de jure, being claimed and declared by me, which is supported by authentic and genuine evidence admitted into record, as in line with Fed. R. Civ. Proc. §44 (a)(2) and Fed. R. Evid. (b)(7)(A) and (b)(7)(B) and (b)(10), establishing my diversity of citizenship (28 U.S.C.S. §1332(a) and (a)(2)) and (28 USCS. §1603(b)(3)). I am an Allodial (Free) Moorish-American National, natural-born citizen of the Moorish National Republic Federal Government, an active Moor devoted to the Moorish Divine and National Movement of the World to Uplift Fallen

6. Humanity, ordinary prudent man, Noble Christo
El, A1 Class Citizenship No. AA222141 in the
Library of Congress (Congressional Record) and
the United States Department of Justice, further
in harmony with the Clock of Destiny and Zodiac
Constitution; Truth in Law. I am not, I have
not ever been, and, as it is a literal impossibility for
me to be, I cannot and will not ever be a citizen
of the State of New Jersey, an incorporating State,
or a citizen of the United States, a federal corporation
(28 U.S.C.S. § 300a(15)(A)), as I, my self, am not a
corporate person/corporation exercising corporate franchises
of the State of New Jersey or the United States. Said
corporate persons/corporations being of such a character,
or franchise, are persons, de facto, existing as creations
of some legal process or statutory law, and not living as
natural persons, de jure, resulting from the natural process
of live birth in harmony with the laws of Nature and
Nature's God. Said corporate persons/corporate characters
are further recognized as existing by means of physical
and/or demonstrative evidence of its franchise form
and formation (See the original Social Security Admin-
istration Form SS-5 for Social Security Number 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;
the original New Jersey Department of Health, Office

Page 17 of 47

6. <u>of Vital Statistics and Registry</u>, and the Atlantic City Department of Vital Statistics <u>Record of Live Birth</u> for the Certificate of Birth Filed on **02/09/1981** under File number <u>8122660</u> and file name <u>CHRISTOPHER NATHAN JONES</u> ; **5** <u>New Jersey Transaction Guide</u>, Unit 2, Division 1, Chapter 70 and Chapter 73, Inter alia, as in line with <u>15 USCS</u>, Chapter 1, Section 7 and <u>28 USCS</u>, Part Ⅵ, Chapter 176, Subchapter A, Section 3002 (15)(A), inter alia, as further in line with <u>26 I.R.C.</u>, Subtitle F, Chapter 79, Section 7701 <u>(a)(1)</u>, and <u>(a)(30)</u>, inter alia...) into <u>corporate personhood</u> as an <u>artificial-person</u> / <u>united states person</u> / <u>juridical-person</u>, etc.... "<u>E Pluribus Unum</u>". It, they, them, the persons <u>CHRISTOPHER NATHAN JONES</u> 02-03-1981, 02-09-1981, 13-8724820, 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, <u>J639412475028I2, 8122660</u>, etc., are/is not who I am, as I, Noble Christo El, a living, breathing, natural-man, am not what it/they are. Further-more, I am not a <u>surety</u> of or debtor to it. However, by way of some <u>undisclosed</u>, <u>unrevealed</u>, secret Agreement, commonly known as a <u>Three (3) Corner Exchange</u> and/or <u>Contract for Exchanges of Real</u>

6. Property (see 6 NJ Transaction Guide, Unit 3, Division 1, Chapter 102; 41 C.F.R. § 101-47; 15 U.S.C.S. §1 et seq. et al, 26 USCS § 1001, inter alia), which did occur between my infant self when I was zero (0) years of age, the State of New Jersey, an incorporating state, and the United States, a federal corporation, of which, said "Agreement" and/or "Contract" being itself a sham transaction via fraud in the inducement lacking the essential (mandatory) meeting of the minds, full disclosure of terms and conditions, and knowing voluntary acceptance of same by and between all parties, further being unconscionable, avoidable, void ab initio, and hereby disaffirmed by the infant nunc pro tunc, it would appear to the naked untrained eye that I, the infant who is now an adult, somehow in some way at some time ratified or assented to ratify or acquiesced to the ratification of, some said undisclosed, unrevealed, secret agreement and/or contract for exchanges of real property with the State of New Jersey and the United States parties aforementioned. I emphatically declare that I did not ever, and will not ever, knowingly and voluntarily enter into, agree to, assent

Page 19 of 47

(Statement of Claims Continued.)

6. to, ratify, or affirm any agreement or contract with the State of New Jersey or the United States which was made with an infant and/or minor, as such an act would be unconscionable and void.

This Petitioner/Prison advances the following Claims upon which relief should be granted:

1. Unlawful search and seizure;
2. False arrest / False imprisonment;
3. Cruel and Unusual Treatment;
4. Excessive use of force;
5. Deliberate Indifference;
6. Deprivation of Right Under Color of State Law;
7. Fraud in the inducement;
8. Defrauding a Creditor;
8. Filing false reports to law enforcement;
10. Torture;
11. Gross Negligence;
12. Discrimination due to race and/or National Origin;
13. Impairing the Obligation of contracts;
14. Breach of fiduciary duty;
15. Breach of Contract;
16. Forced and involuntary servitude / slavery practices;
17. Deceptive Business Practices;
18. Fraud upon the Court;
19. Violation of the Clean Hands Doctrine;

6.

20. Violation of the Truth in Lending Act;

21. Violation of the New Jersey Consumer Fraud Act, Consumer Loan Act, Insurance Trade Practice Act, Insurance Producer Licensing Act, and the Credit Life and Health Insurance Act, as in line with the New Jersey Deceptive Business Practices Act and Unfair Trade Practices Act;

22. Violation of New Jersey Contract law, as in line with Federal contract law, as further in line with the American Jurisprudence law on Contracts;

23. Violation of Procedural Due Process, as in line with the Due Process Clause of the U.S. Constitution;

24. Violation of the U.S. Constitution's Supremacy Clause, as in line with International law;

25. Violation of Substantive Due Process, as in line with the penumbras of specific guarantees in the Bill of Rights;

26. Want of jurisdiction on behalf of the State Court as a result of the State's lack of jurisdiction over the person of the defendant coupled with its, the State's, lack of jurisdiction of the subject matter and its, the State Court's, classification as an inferior court whose proceedings are not endowed with the presumption of jurisdiction;

27. Violation of the United Nations Declarations to the Rights of the Child at Birth;

(Statement of Claims Continued.)

6.  28. Violation of the United Nations Declaration to the Rights of Indigenous Peoples;

    29. Violation of other unspecified laws, doctrines and Rights consistent with Jurisprudence, Fairness, Truth and Moral law in the Natural course of dealing amongst Men and/or Mankind; and

Prisoner/Petitioner further asserts claims of Right and protection upon which relief should be granted:

    30. The Treaty of Peace and Friendship between His Imperial Majesty the Emperor of Morocco and the United States of North America (1837) at the 2nd, 3rd, 4th, 6th, 15th, 16th, 20th, 23rd, 24th, and 25th of the Articles, as in line with the Constitution for these united states of North America (1781) at the 2nd Clause of the 6th of the Articles, as being the Supreme Law of the land;

    31. The Constitution for the united states of North America (1781) at the 2nd, 4th, 5th, 8th, and 9th of the Amendments, being applicable against the Plaintiff State of New Jersey pursuant to the 14th of the Amendments;

    32. The Constitution for the united States of North America (1781) at the 13th of the Amendments;

Page 22 of 47

( : Statements of Documents Continued... )

6. 33. The Infancy Doctrine, as in line with the United Nations International Covenant on Civil and Political Rights at Part 1, Article 1, Sections 1 and 2, and as further applicable in and against the State of New Jersey pursuant to <u>N.J.S.A.</u> 2A:14-21 and the 14<u>th</u> of the Amendments to the Constitution of the United States of North America (1781);

34. The 2<u>nd</u>, 4<u>th</u>, 5<u>th</u>, 8<u>th</u> and 9<u>th</u> of the Amendments to the Constitution for the United States of North America (1781);

35. The Complete Preemption Doctrine;

36. The Doctrine of Stare Decisis; and

37. The Sherman Anti-Trust Act, as in line with <u>18 USCS §§ 241</u>, <u>242</u> and <u>371</u>; and

38. The Fruit of the Poisonous Tree Doctrine; and

39. The Fiduciary Shield Doctrine; and

40. The Stare Decisis Doctrine

<u>Points on Law with Authorities and Plain Statements of the Facts</u>

<u>Point I</u> - Lack of Probable Cause

Officers did not have sufficient probable cause to conduct the "high-risk" motor vehicle stop, nor did the police have sufficient probable cause to perform a motor vehicle stop based on the alleged information given by anonymous

Page 23 of 47

911 caller (See U.S. v. Person, 134 F. Supp. 2d. 517; Florida v. J.L., 529 U.S. 266, 120 S.Ct. 1375, 146 L.Ed. 2d. 254 (2000), as in line with 5 Crim. Law Advocacy §82.06). "Courts decline to embrace a 'man with a gun exception' to the rule of individualized reasonable suspicion to stop and frisk. Simply put, an uncorroborated anonymous tip standing alone would not warrant a man of reasonable caution in the belief that a stop was appropriate." (See State v Goree, 327 NJ Super. 227; as further in line with State v. Arias-Made, 2022 NJ Super. Unpub. LEXIS 1432 "citation omitted..."; and State v. Smith, 251 NJ 244 at HN4 and HN13). Officers pulled over the wrong car in relation to the alleged 911 call.

## Point II - Unlawful Search and Seizure

**O**fficers unlawfully searched this prisoner and the automobile in violation of the 4th Amendment to the Constitution. After performing an unlawful "high-risk" motor vehicle stop, without probable cause, of the wrong automobile in relation to an alleged 911 call, this prisoner was, by definition of the term, seized and searched. "A search is not to be made legal by what it turns up." (See U.S. v. DiRe, 332 U.S. 581; also Kerv v. California, 374 U.S. 23 at HN9; and 273 F.2d, 781 at HN8)

## Point III - Deprivation of Right

Officers violated this claiment's unalienable God

Page 24 of 47

given Right to Be Let Alone, a right of which is rooted in the "purpose" of the 4th of the Amendments to the Constitution for these united states. (See 478 U.S. at 199 ( Quoting Olmstead v. United States 277 U.S. 438, 478, 48 S.Ct. 564, 72 L.Ed. 944 (1928) "This case is about the most comprehensive of rights and the right most valued by civilized men, namely, the right to be let alone"))

## Point IV - False Arrest and Imprisonment

After being unlawfully stopped/detained, and further searched and seized, this claimant was unlawfully arrested and imprisoned/confined for reasons other than crime while in the exercise of his Constitutional - Treaty secured Rights and Guarantees, "The claim and exercise of Constitutional Right cannot be converted into a crime." (Miller v. U.S., 230 F.2d 486, 489), rights and guarantees of which are protected and secured by/under the Article 6 Constitutional/Treaty "Supreme Law of the land" (See U.S. Const., Art. 6, Cl. 2, as in line with Treaty Series 244-1 and 2; 8 Stat. 100 and 9 Bevans 1286 ( entered into force January 28, 1837 and ratified to include all states of the union) as further in line with Public Statutes at Large of the United States: Volume 8, Pages 100 through 104 and Pages 484 through 487). These "secured and protected" rights and guarantees are clearly and unambiguously expressed in the Treaty

Of Peace and friendship between his Imperial Majesty the Emperor of Morocco and the united States of America (1837) at the 3rd, the 4th, the 5th, the 6th, the 7th, the 8th, the 10th, and the 20th of the Articles, as in line with the Constitution for the united States of North America (1781) at the 2nd, the 4th, the 7th, the 8th, the 9th, and the 13th of the Amendments which are made applicable against the States by the 14th of the Amendments thereto and the "Supremacy Clause" at Article 6, Clause 2, to wit:

"Federal Treaty with foreign nation prevails over State statutes." (284 U.S. 30, 52 S.Ct. 81, 76 L.Ed. 151, 1931 U.S. LEXIS 459 (1931)); "Bound as we are to adhere to the Supreme law of the land, we cannot permit a provision of the state constitution to remain in force if it conflicts with the federal constitution." (citing Chamber of Commerce of U.S. v. State, 89 NJ 131, 145, 445 A.2d 353 (1982), citing in turn U.S. Const. Art. 6, Cl. 2)

In this instant matter, this claimant was arrested for an alleged violation of New Jersey State Statute 2C: 39-5B(1), inter alia, and further held in confinement without bail under a color of state law. In light of the U.S. Supreme Court's most recent decision in the case of NY STATE RIFLE & PISTOL ASSOCIATION, INC. v. BRUEN, et al., 597 U.S. 142 S.Ct. 2111, 213 L.Ed. 2d 387 (2022), 2022 U.S. LEXIS 3055, the New Jersey State Statute 2C:39-5B(1),

by way of its counterpart and/or supporting rule under New Jersey State Statute 2C:58-4(c), is unconstitutional in violation of the 2nd Amendment and 14th Amendment to the United States Constitution. "Interpretation of the 2nd Amend. is not staked upon a single law, in effect in a single state, that contradicts the overwhelming weight of other evidences regarding the right to keep and bear arms for defense in public... The Constitutional right to bear arms in public is not a second-class right subject to an entirely different body of rules than the other Bill of Rights guarantees... that said, because any 'permitting scheme' can be put towards abusive ends, constitutional challenges to shall-issue regimes are not ruled out where, for example, lengthy wait times in processing licensing applications or exorbitant fees deny ordinary citizens their right to publicly carry." (ibid) Furthermore, "The militia, in colonial America, consisted of a subset of 'the people' — those who were male, able bodied, and within a certain age range... the U.S. Supreme Court starts therefore with a strong presumption that the 2nd. Amend. right is exercised individually and belongs to all Americans." (D.C. v. Heller)
Here, the State of New Jersey, like the State of New York, makes it a crime to possess a firearm (handgun) without a license, whether inside or outside the home. (See NJSA 2C:39-5b(1)) Also, like the State of New

York, the State of New Jersey's statutory "proper cause requirement" violates the 14th Amendment. (See NJSA 2C: 58-4(c))

## Point V - Violation of Procedural Due Process

"Procedural Due Process" is defined as a fundamental requirement of fairness requiring not only the right to present evidence but also a reasonable opportunity to know the claims of the opposing party and to meet them. Procedural Due Process mandates that defendant receive proper notice and have opportunity to be heard. To establish a procedural due process claim, a party must demonstrate that (1) he was deprived of an individual interest that is encompassed in the 14th Amendment's protection of life, liberty, or property, and (2) that procedures available to him did not provide due process of law. (392 Fed. Appx. 346)

In this case, a review of the entire record will demonstrate numerous due process violations of this claimant's rights, to wit:

Claimant was not presented with any formal complaints and/or charging instruments by the arresting officers/agency on the day of the arrest (04/03/2022), and no such presentment has been made to date (10/05/2022). Claimant has made several "appearances" in the inferior court coming before

HON. WILLIAM TODD-MILLER, A.L.J. on the record giving the opposing party State ample opportunity to present its claim, if any, and on each occassion the State failed, and continues to fail, to present any claim upon which relief can be granted or to meet the requirements of arraignment. Claimant directs the Court's attention to the audio/video transcript records of dates 05/18/2022, 06/28/2022, and 07/12/2022. "An arraignment is a procedure designed to protect an individual's interest in freedom from confinement. Where a suspect is arrested without a warrant, he has a right to a prompt determination of probable cause; the Supreme Court has established a presumption that a delay in arraignment of more than 48 hours violates this right." (Wells v. Manhattan, 2000 US Dist. LEXIS 5174) "To the extent a plaintiff seeks to challenge his confinement pursuant to judicial process as unlawful, the appropriate avenue of redress is a 42 USC §1983 action for malicious prosecution... claim of false arrest is proper with respects to the period from arrest to arraignment." (Murphy v. Newberger, 1996 US Dist. LEXIS 11164; Moore v. Samuel, ... 2016 US Dist. LEXIS 93412) On 06/28/2022, in open court on the record, both HON. WILLIAM TODD-MILLER, ALJ and the attending attorney PROSECUTOR for the Plaintiff State of New JERSEY verbally admit that there has been

Page 29 of 47

No arraignment in the matter, and this fact remains to date. Furthermore, the inferior court failed, and continues to fail, to conduct a hearing as to Probable Cause (State v Ingram, 449 NJ Super. 94 at Hd 5, 9, 10, 12, and 23) in which it would have been found that there was a lack of probable cause for officers to conduct a motor vehicle stop, high-risk or routine, and that the evidence obtained as a result of the search conducted was fruit of the poisonous tree warranting its suppression (See Mapp v. Ohio, 367 US 643 (1961); U.S. v. Ramirez-Sandoval, 872 F. 2d 1392) and further barring it from being used against me in a criminal proceeding.

Point VI - Conflict of Law - Diversity Citizenship - Lack of Jurisdiction - Diversity Jurisdiction - Duress

The Constitution for the State of New Jersey does not honor, recognize, or encompass a right of the People to keep and bear arms for self-defense, or any other purpose, which is a deprivation of right against the People of these United States of America by way of the State of New Jersey's "rule making and legislation" which enforces a statutory licensing-scheme under N.J.S.A. 2C:58-4, et seq which itself is an abrogation of Our right and repugnant to Our Treaty-Constitutional compact at the 2nd of the

Page 30 of 47

Articles to their Bill of Rights. (See U.S. Const. Amend. 2) "Where rights secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." (Miranda v. Arizona, 384 U.S. 436) "An actual conflict arises when it is impossible to comply with both state and federal law." (Hunter v. Greenwood Trust Co., 143 NJ 97) "... Justice J. Marshall declared Constitution must always take precedent." (Marbury v. Madison, 5 US 137 (1803))

There exists in this matter a clear conflict of law and diversity of citizenship which deprives the inferior court of both subject-matter and in personam jurisdiction as I have not "contracted with or tortiously injured a state or its citizens." (International Shoe Co. v. Washington, 326 US 310 (1945) Furthermore, it has been held that "a federal court may enjoin a state from enforcing a law the constitutionality of which has been challenged." (Ex parte Young, 209 US 123 (1908)) A review of the complete record will show that this claimant lawfully challenged jurisdiction of the court from the outset and has made a "special appearance" in every meeting wherein the court attempts to proceed. (See Holt v. Brown, 2012 US Dist LEXIS 202241 "Special Appearance") Also, "the burden of proof of establishing jurisdiction is borne by a Plaintiff. If a defendant challenges jurisdictional facts, the

Page 31 of 47

plaintiff must support them with competent proof. The plaintiff bears the burden to show by a preponderance of the evidence that jurisdiction is proper. Jurisdiction is a threshold matter and a case can proceed no further if the court lacks jurisdiction to hear it." ( McGrath v. United States, 2009 U.S. Claims LEXIS 120) "Courts must prove on the record all jurisdiction facts related to the jurisdiction asserted" ( Lantana v. Hopper, 102 F. 2d 118; Chicago v. New York, 37 F. Supp. 150) Here, the court, and its principal "Office of Administrative Law" acting conjointly with the plaintiff State of New Jersey, has no jurisdiction to proceed and is in blatant want of jurisdiction indeed, and in fact, as there is no genuine dispute of material facts or pleadings to the allegations of which would determine this matter to be a "contested case", to wit:

"The office of Administrative Law shall acquire jurisdiction over a matter only after it has been determined to be a contested case by an agency head and has been filed with the office of Administrative Law or as otherwise authorized by law.... The office of Administrative Law shall not receive, hear or consider any pleadings, motion papers, or documents of any kind relating to any matter until it has acquired jurisdiction over the matter, except as provided by NJAC 1:1-17" (see N.J.A.C. 1:1-3.2(a))

There has been no "Consolidation" and/or "Joinder" of this

Page 32 of 47

[of this] claimant to the matter of which would satisfy the "exception to the rule" under NJAC 1:1-17/RCFc Rule 19, as doing so would essentially deprive the court of subject matter jurisdiction (See RcFC Rule 19(a)(1)). However, this claimant, who is not subject to the service of process of the court, has a "special property interest" in relation to the subject of the property and is so situated that disposing of the action in the claimant's absence would, as a practical matter, impair and/or impede this claimant's ability to protect the "interest", while leaving the "existing" party at a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest. (USCS Federal Rules Annotated, Rules of the U.S. Ct. of Fed. Claims, Title IV, Rule 19, et seq.)

"Whether the court has subject matter jurisdiction is a threshold matter. Without jurisdiction the court cannot proceed in any cause. Jurisdiction is power to declare the law, and when it ceases to exist, the only function remaining to the court is that of announcing the fact and dismissing the cause..." (Jarvis v U.S., 154 Fed. Cl. 712)

Claimant has maintained his challenge to juris-diction made at the threshold and has presented to the court a preponderance of the evidence establishing that

Page 33 of 47

jurisdiction in a State Court venue and/or forum is not proper, and further claims that any judgment, default or otherwise, against him is void and relief should be granted under Rule 60(b), et seq (Honneus v. Donoran, 93 FRD 433, 436-37 (1982) aff'd 691 F.2d 1 (1st Cir. 1982)) "Judgment of a court lacking jurisdiction is void." (Burnham v. Superior Court of California..., 495 US 604, 110 S.Ct. 2105, 109 L.Ed. 2d 631 (1991)); and Traditionally the proposition that "Judgment of a court lacking jurisdiction is void" has been embodied in the phrase "Coram non judice", before a person not a Judge, meaning, in effect that a proceeding in question is not a judicial proceeding where lawful judicial authority is not present and can therefore not yield a judgment. American courts have invalidated, or denied recognition to, judgments that violate this common-law principle long before even the adoption of U.S. Constitution Amendment XIV. Judgment of a court lacking personal jurisdiction violates the Due Process Clause of U.S. Const. Amend. XIV, as well. Further-more, "If indispensible party is not before court, action must be dismissed." (Neher v. Harwood, 128 F.2d 846, 1942 U.S. App. LEXIS 3737 (9th Cir); and "Every indispensible party must be brought into court actually or constructively, or suit will be dismissed if substantial claim is stated in complaint." (Colcote v. Texas Pac. Coal & Oil Co., 157 F.2d 216,

Page 34 of 47

1946 U.S. App. LEXIS 3285 (5th Cir.))

"The jurisdiction granted to federal courts over civil disputes involving parties having diverse citizenship (as being from different states) where the controversy exceeds a statutory amount (as $75,000.⁰⁰)" - see also U.S. Const., Art. III — is known as diversity jurisdiction. The diversity jurisdiction of the district courts requires that there be complete diversity of the parties, which means that no party on one side has the same citizenship as a party on the other side.." (Merriam-Webster Dictionary of Law,©1996) It has been well established and held that a State cannot be a citizen of herself. In this matter, the Plaintiff, State of New Jersey, is not a citizen of the State of New Jersey and is an incorporating state citizen of the United States. The Defendant, Estate of Christopher Jones, is deemed a citizen of the State of New Jersey. Also, this Claimant, Noble Christo El, is Moorish-American National citizen of the Moorish National Republic Federal Government, being neither a citizen of

Page 35 of 47

the State of New Jersey (foreign to the Defendant) or of the United States (foreign to the Plaintiff). This creates "a condition in which the parties to an action are of diverse state or national citizenship" which is known as Diversity of Citizenship, and a situation wherein "the citizenship of all the Plaintiffs to an action differs from that of all the defendants" which is known as Complete Diversity.

This claimant, the only "real party in interest", being an indispensible third-party Plaintiff as General Executor / Chief Administrator of the Estate, is suffering under economic duress, criminal coercion, criminal restraint (false arrest / imprisonment), and deprivation of both natural and civil rights, inter alia, under a color of state law.

Point VII - Deliberate Indifference,
Malicious and Sadistic Intent,
Bodily Injury, Atypical Hardship

"Where handcuffs or other restraints are used, the courts are quick to attach their use "(Hope v Pelzer, 536 U.S. 730, 122 S. Ct. 2508 (2002))" The Supreme

Court has cited the use of restraints as a use of Force, and has limited their use in prison", (<u>Muehler v. Mena</u>, 544 U.S. 93, 99, 125 S.Ct. 1465 (2005)).

In this case, this claimant was placed in full metal restraints consisting of a metal chain secured tightly around my waist with, connected thereto, metal handcuffs that were secured tightly around my wrists of which rendered my hands secured to or about my waist in the front of my body. Also, included with the full metal restraints as described above, there was a metal chain with cuff-links at each end, of which were secured tightly around my ankles, that were used to limit my ability to walk. Claimant was made and/or forced to sleep throughout nights with said "restraints" applied to his waist, hands, and feet tightly secured causing pain, loss of feeling (numbness), extreme discomfort and loss of sleep. Claimant was made and/or forced to use the bathroom with said "restraints" applied to his waist, hands and feet tightly secured limiting and/or taking away his ability to properly wipe his anus

Page 37 of 47

after having a bowel movement and to further wash his hands properly afterwards. This situation was ongoing for 4 to 5 consecutive days around the clock whereas the restraints were never removed or loosend/loosened-up as an act of torture, exceeding mere "cruel and unusual" treatment and/or punishment and reaching a level of inhumane treatment, as if this claimant were some type of barn animal or beast in the field. "Just about every court has made the determination that excessive force and abuse by prison officials constitutes cruel and unusual punishment under the Eighth Amendment. Guards and officials do not have the right to harm you, unless you provoked the action, and even then, it is very protective in nature." (Hudson v. McMillan, 503 U.S. 1 (1992)).

Furthermore, this claimant was denied basic sanitation and hygiene rights while being held in a dry-cell unit in full metal restraints for 4 to 5 days consecutively. More specifically, claimant was

stored in a cell without a bunk/proper bedding, without a toilet, and without a sink/running water. Also, claimant was denied a shower by guards, officials and medical staff from 04/03/2022 to 04/08/2022. This was a gross violation of claimant's "sanitation and hygiene" rights as a prisoner. "Being required to sleep on the floor, even when provided a mattress, is a violation of the Constitution." (citation omitted)

"All prisoners are entitled to a sanitary environment under the Eighth Amendment. This is a basic human need and is strictly upheld in the federal courts..." (Gills v. Litscher, 486 F.3d 488 (7th Cir. 2006)) Also,

"Prison authorities cannot dodge or get around their responsibility to ensure adequate and proper sanitation, where they're either causing the issues or failing to address them." (McCord, supra 927 F.2d 844, 847 (1991))

"... The same is the case in personal washing... the prison is required to provide hot water in cells." (Suprenant v. Rivas, 424 F.3d 5, 19-20 (1st Cir. 2005); French v. Owens, 777 F.2d 1250, 1252-53 (7th Cir. 1985); Ramos v. Lamm, 639 F.2d 559, 568 (10th Cir. 1980))

Page 39 of 47

Finally, "Prisons must provide properly functioning toilets... specifically in cells. More importantly, prisoners must be allowed constant access to them. You cannot be locked in your cell without a functioning toilet." (<u>Kimbrough v. O'Neil</u>, 523 F.2d at 1058-59; <u>Bell v. Wolfish</u>, 441 U.S. 520, 99 S.Ct. 1861 (1979), (emphasis added) Where prisoners are denied the normal and prompt disposal of their waste, it violates the Constitution! (emphasis further added)

Please see claimant's copy of Atlantic County Justice Facility Form 1.20.02#1A dated 06/30/22 as "Exhibit #1" in support. (See attached) See further claimant's copy of Atlantic County Justice Facility Form 1.20.02#1A dated 06/30/22 as "Exhibit #2" in support. Claimant's refusal to willingly provide digital scans of his fingerprints, or a photograph of his facial features, or samples of blood and/or DNA through needle extraction, or to have any foreign agents entered into his body, blood, or DNA through needle injections constituted what the Justice Facility deems to be a "refusal to be processed"

Page 40 of 47

and this claimant's admits to rightfully refusing to do those things and/or to have those things done. Claimant further states that he was under no obligation while being held unlawfully, or lawfully, to perform any such acts or provide any such articles in order to be treated fairly and justly as a human-being, especially with regards to sanitation, hygiene, adequate medical attention, and the ability to make a phone call to legal counsel, authorities, and/or family and loved ones.

### Point VIII - State Statut is unconstitutional - Stare Decisis Doctrine

"The doctrine under which courts adhere to precedent on questions of law in order to insure certainty, consistency, and stability in the administration of justice with departure from precedent permitted for compelling reasons (as to prevent the perpetuation of injustice)" is known as Stare Decisis. (Merriam-Webster's Law Dictionary, 2016)

In the case of N.Y. State Rifle and Pistol Association v. Bruen (citation omitted), the U.S. Supreme Court

struck down a New York State law that says you can only carry a concealed handgun outside your home if you can show you have proper cause to do so, saying the State law violated rights guaranteed by the 2nd Amendment to the U.S. Constitution. This ruling against the State of New York's "Statute" becomes law against all the States of the Union with similar "Statutes" to New York's. Here, the State of New Jersey's "Statute" (NJSA 2C:58-4d) which requires those who claim to, or request a permit through State licensing-schemes, exercise their right to bear arms for self-defense to demonstrate a need to exercise the right prior to either exercising the right or receiving a State issued permit to do the same. This equates to a "proper cause" licensing-scheme which violates the 2nd Amendment guarantee for the People and renders the State of New Jersey's Criminal Statute (NJSA 2C:39-5(b)) invalid, unconstitutional, and not with standing as it, NJSA 2C:39-5(b), inter alia, converts the free exercise of a Constitutional right and guarantee into a crime.

"Oligarchy is a government where the sovereign authority has been usurped by a few men, when such

power ought to reside in the people." (<u>Institutes of American Law</u>, Ch. 1, at 28) Furthermore, "An unconstitutional law is one made in contravention of the requisitions of the constitution, and for that reason it is, ipso facto, void, because the constitution has greater force than any law, it being the supreme law of the land…" (<u>ibid</u> at Ch. 3, at 103) "… this interpretation is not to be arbitrary, it ought to be founded upon equity, provided that equity be directed by science; for without this the judge should tremble in his seat in the temple of justice, and without this the mind will only wander in search of a phantom of equity purely imaginary." (<u>ibid</u> at chapter 3, at 89, Cl. 2) In this instant matter, the Plaintiff party State New Jersey is claiming some colorable authority to "license" the 2<u>nd</u> Amendment constitutional/treaty secured guarantee to the people's right to keep and bear arms for self-defense and further converting the exercise of this right into a crime "arbitrarily" should said exercise be without such license. The requirement of

"permission" to have a right prior to exercising it essentially means that there existed no right to begin with.

## Point IX - Kidnapping - unlawful conveying - unlawful restraint - undue influence

"An act or instance or the crime of seizing, confining, inveigling, abducting, or carrying away [of] a person by force or fraud often with a demand for ransom or in furtherance of another crime" is recognized in law as Kidnapping. (Merriam-Webster's Law, 2016)

In this instant matter, Claimant was unlawfully searched and seized on April 03, 2022 at a location known as 301 W. Delilah Road in the city of Pleasantville, county of Atlantic, State of New Jersey, by men and women "posing as public servants", but whom were in all reality acting as police officers and exercising some "private police power" under a color of state law. After being unlawfully restrained, claimant was taken against his will to another location by said men and women known as 17 N. First Street in

Page 44 of 47

the city of Pleasantville, county of Atlantic, State of New Jersey under false pretenses of a lawful criminal arrest. After being held inside of a building at the location of 17 N. First Street against my will and in metal restraints, I was conveyed against my will to another location known as 5060 Atlantic Avenue in the city/town of Mays Landing, county of Atlantic, State of New Jersey by these same men and women. Upon reaching this location at 5060 Atlantic Avenue I was held in this building for 4 to 5 consecutive days in full metal restraints secured about my body, waist, hands and feet against my will under the pains of economic duress, criminal coercion, necessity and other imminent dangers amounting to undue influence and/or acts of torture, during which time, said 4 to 5 days, the full metal restraints were kept secured about my body as aforementioned, not removed at anytime for any reason whatsoever. It was in this building located at 5060 Atlantic Avenue which I was held in confinement against my will from

the day of April 03, 2022 until the day of September
27, 2022. On the day of September 27, 2022, I was
approached by my captors and told by one named
Sgt. Tornblum that I would be physically forced
to move to another location if I continued to
verbally refuse to further be unlawfully conveyed,
and more likely than not also injured by the
force. (See body camera footage of Sgt. Tornblum's
interview of Noble Christo El on September 27, 2022)
On September 27, 2022, I was taken by captors
to a location known as 301 Spring Garden Road in
the city/town of Ancora, county of Camden,
state of New Jersey under the false pretenses of
an official court order and am currently being
held and confined in a building at this location
under further false pretenses of hospitalization
for psychiatric evaluation against my will,
without my consent under such extreme undue
influences as to cause me to suffer from a
constant fear, inter alia.
    But for the substantial factors of men and

Page 46 of 47

Women with deadly weapons, and other weapons, coupled with the assurance to use said deadly and other weapons against me, I would gather my properties, persons, and/or belongings and walk out of this building located at 301 Spring Garden Road to the free enjoyment of my life, liberty property and pursuit of happiness. (See Exhibit 3 attached)

Noble Christo El ₁ AA222141 A-1

MNAFG-N 000001634
Noble Christo El
All Rights Reserved UCC 1-207/308

Page 41 of 47