IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| NOBLE CHRISTO EL,<br><br>Plaintiff<br><br>v.<br><br>ATLANTIC CITY FREEHOLDERS/ BOARD OF COMMISSIONERS, et al.,<br><br>Defendants | Civil No. 22-6281 (RMB/MJS)<br><br>OPINION |

**RENÉE MARIE BUMB**, Chief United States District Judge

This matter comes before the Court upon the civil rights complaint under 42 U.S.C. § 1983 (Docket No. 1) filed *pro se* by Plaintiff Noble Christo El, who was involuntarily committed in Ancora Psychiatric Hospital at the time he filed this action. Plaintiff submitted an application under 28 U.S.C. § 1915(a) (Docket No. 1-2), which establishes his financial eligibility to proceed *in forma pauperis*, and the application will be granted. For the reasons discussed below, the Court will dismiss the complaint without prejudice.

**I.    *Sua Sponte* Dismissal**

When a person is granted IFP status, courts must review the complaint and *sua sponte* dismiss any claims that are: (1) frivolous or malicious; (2) fail to state a

1

claim on which relief may be granted; or (3) seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).

## II.     DISCUSSION

Plaintiff submitted a 54-page handwritten complaint that contains many frivolous claims regarding Plaintiff's status as an aboriginal Moorish American. Federal Rule of Civil Procedure 8(a)(2) requires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Furthermore, Federal Rules of Civil Procedure 18-20 govern the types of claims and parties who may be joined in one civil action. Plaintiff's complaint does not comply with these rules. The Court will dismiss the complaint without prejudice, and grant Plaintiff leave to file an amended complaint, consistent with these rules.

## III.    CONCLUSION

For the reasons stated above, the Court will dismiss the complaint without prejudice for failure to conform with Federal Rule of Civil Procedure 8(a)(2) and because the complaint contains frivolous claims. Plaintiff is granted leave to amend his complaint.

An appropriate Order follows.

DATE: **March 9, 2023**  s/Renée Marie Bumb
Renée Marie Bumb
Chief United States District Judge